1034

No. 80–252.   Texas A & M University et al. v. Gay Student Services et al.   C. A. 5th Cir.   Certiorari denied.

No. 80–331.   Hicks et ux. v. Commissioner of Internal Revenue.   C. A. 5th Cir.   Certiorari denied.

No. 80–379.   Johnson v. United States.   C. A. D. C. Cir. Certiorari denied.

No. 80–404.   United States Fidelity & Guaranty Co. v. Henderson et al.   C. A. 5th Cir.   Certiorari denied.

No. 80–494.   Rivcom Corp. v. Agricultural Labor Relations Board et al.   Sup. Ct. Cal.   Certiorari denied.

No. 80–510.   Singh et al. v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 80–533.   La Corbiere v. San Diego State University et al.   C. A. 9th Cir.   Certiorari denied.

No. 80–550.   Honolulu Sporting Goods Co., Ltd., a division of Zale Corp. v. National Labor Relations Board. C. A. 9th Cir.   Certiorari denied.

No. 80–558.   Weingarden v. United States;
No. 80–632.   Golden v. United States; and
No. 80–682.   Tapert v. United States.   C. A. 6th Cir. Certiorari denied.   Reported below: 625 F. 2d 111.

No. 80–560.   San Joaquin Nisei Farmers League et al. v. Industrial Welfare Commission of California et al. Sup. Ct. Cal.   Certiorari denied.